Henry S. Whitcomb, trading as Henry S. Whitcomb &
Company, Defendant in Error, v. Edgar F. Seney
and Roland T. Rogers, trading as Seney, Rogers &
Company, Plaintiffs in Error.

Gen. No. 21,260.     (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HARRY M.
FISHER, Judge, presiding.   Heard in the Branch Appellate Court
at the March term, 1915.  Affirmed.  Opinion filed June 1, 1916.

### Statement of the Case.

Action by Henry S. Whitcomb, trading as Henry S.
Whitcomb & Company, plaintiff, against Edgar F.
Seney and Roland T. Rogers, trading as Seney, Rogers
& Company, defendants, to recover for goods sold
and delivered.   To reverse a judgment for plaintiff,
defendants prosecute a writ of error.

In this case there was a directed verdict for the
plaintiff who sold to William E. Spencer a certain
number of ranges, stoves and refrigerators for instal-
lation in an apartment building, to help erect which
defendants had loaned Spencer money.  Work on the
same having stopped, defendants (primarily to secure
their loan) entered into a written agreement with
Spencer to complete the buildings "free from mechan-
ics' liens and save William E. Spencer harmless from
all claims for material and labor," and took over the
title to the real estate in the name of a third party.

ADAMS, CREWS, BOBB & WESCOTT, for plaintiffs in
error.

BAKER & HOLDER, for defendant in error; G. RAY-
MOND COLLINS, of counsel.

MR. JUSTICE BARNES delivered the opinion of the
court.

## Abstract of the Decision.

1. BUILDING AND CONSTRUCTION CONTRACTS, § 16*—*when construed as for benefit of third persons.* A written contract entered into by the defendants primarily to secure their loan to a building contractor, whereby they agreed to complete a building under construction "free from mechanics' liens and save the contractor harmless from all claims for material and labor," construed to be one for the benefit of a third party who had furnished material and labor for the building, and entitling him to sue thereunder.

2. CONTRACTS, § 347*—*when subcontractor may sue on contract.* Where a manufacturer's agent has bought from his principal and paid for goods which he subsequently sells to a building contractor with whom the defendant has entered into a contract to complete the building in the process of construction free from mechanics' liens and save the contractor harmless from all claims for material and labor, such agent can bring suit in his own name against the defendant on such contract.